IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRUCE LING,

    Plaintiff,

v.                                      CASE NO. 4:24cv508-RH-MJF

SECRETARY OF THE FLORIDA
DEPARTMENT OF CHILDREN &
FAMILIES et al.,

    Defendants.

_____/

## ORDER DISMISSING THE COMPLAINT
## AND GRANTING LEAVE TO AMEND

      This case is before the court on the magistrate judge's report and recommendation, ECF No. 7, and the objections, ECF No. 8. I have reviewed de novo the issues raised by the objections.

      The report and recommendation correctly concludes the plaintiff has failed to state a claim on which relief can be granted under 42 U.S.C. § 1985(3). The objections assert, among other things, that the plaintiff was denied due process in the handling of his application for food assistance. Although not actionable under § 1985(3) for the reasons set out in the report and recommendation, a due process

violation, if there was one, could give rise to an action under 42 U.S.C. § 1983. But construing this complaint to assert a § 1983 claim would not help, because the plaintiff has not alleged facts suggesting the defendants deprived the plaintiff of life, liberty, or property without due process. Delay in the handling of an initial application for benefits, without more, is not a denial of due process, especially when state law provides adequate procedures for administrative and judicial review of any adverse decision. *See* Fla. Stat. §§ 409.285 (providing for a hearing if an application for public assistance is not acted on within a reasonable time or denied) & 120.569–57 (providing additional procedures to challenge agency final decisions); Fla. Admin. Code r. 65-2.042; *see also Louis Del Favero Orchids, Inc. v. Rivkees*, No. 19-14930, 2022 WL 2237663, at *4–6 (11th Cir. June 22, 2022).

This order thus dismisses the complaint. This order grants the plaintiff leave to amend, as he has requested. Any amended complaint must be set out on the court's standard form for pro se § 1983 claims and must be clearly labeled as an amended complaint. If, as appears likely, the plaintiff still is unable to state a federal claim on which relief can be granted, the case will be dismissed.

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The complaint is dismissed.

3. The plaintiff is granted leave to file an amended complaint by May 14, 2025.

4. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on April 23, 2025.

           <u>s/Robert L. Hinkle     </u>
           United States District Judge